UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JAMIE DERRICA,                                              :
:
                    Plaintiff,                   :
:        21-cv-8820 (VSB)
       -against-                                  :
:             **ORDER**
TURA, INC.,                                                 :
:
                    Defendant.                   :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Last week, I had a conference in this case. As I still require more information to rule on Plaintiff's motion to remand, it is hereby ORDERED that on or before April 29, 2022, Defendant shall file a surreply to Plaintiff's reply memorandum of law to Defendant's opposition, including the affirmations. (Docs. 17–19.) Particularly, Defendant shall indicate whether the Muncy office of Tura, Inc. takes direction from its New York office, and whether the top management-level employees located in the Muncy office take direction from Scott Sennett, the President and Chief Executive Officer of the company.

      Defendant shall also indicate in its surreply whether it intends to move to transfer this case to Pennsylvania in the event that I decide against remand.

SO ORDERED.

Dated: April 22, 2022
       New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge