```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JAMIE DERRICA,

                                        Plaintiff,                  21-CV-08820 (VSB)(SN)

            -against-                                  **ORDER**

TURA, INC.,

                                        Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On June 13, 2022, the Honorable Vernon S. Broderick referred this case to me for general pretrial supervision. The parties are to follow the schedule set forth in Judge Broderick's June 13, 2022 order. See ECF No. 33. Additionally, by August 26, 2022, the parties shall file a joint letter informing the Court of the status of discovery.

       The parties propose a settlement conference before me as an alternative dispute resolution mechanism. The parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov to schedule a settlement conference if it would be productive. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences

**SO ORDERED.**

                                                                             *(signature)*

DATED:     June 14, 2022                        SARAH NETBURN
              New York, New York          United States Magistrate Judge