UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JAMIE DERRICA,                                             :
                                    Plaintiff,             :
                                                           :
            -against-                                      :      21-CV-8820 (VSB)
                                                           :
                                                           :           **ORDER**
                                                           :
TURA, INC.,                                                :
                                                           :
                                    Defendant.             :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      In light of the fact that the discovery deadline was extended to March 31, 2023, the post-discovery conference scheduled for March 23, 2023 is adjourned to April 28, 2023 at 2:00pm.

SO ORDERED.

Dated: March 20, 2023
       New York, New York

                                            Vernon S. Broderick
                                            United States District Judge