```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

**JAMIE DERRICA,**

                           **Plaintiff,**   21-CV-08820 (VSB)(SN)

       -against-   **ORDER**

**TURA, INC.,**

                         **Defendant.**

```
-----------------------------------------------------------------X
```

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 3/23/2023*

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the close of fact discovery on March 31, 2023, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:    March 23, 2023
                New York, New York